UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANTELL ROSE PINKERTON,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent. | No.　CV 09-2269 PA<br>　　　SACR 05-250 PA<br><br>JUDGMENT |

　　　IT IS ADJUDGED that the motion to vacate, set aside or correct sentence pursuant to Title 28, U.S.C. Section 2255 is denied and the action dismissed with prejudice.

DATED: July 28, 2011

_____
　　　　　　　Percy Anderson
　　　UNITED STATES DISTRICT JUDGE